IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARVIN RYDALE WILLIAMS                                                                PLAINTIFF

v.                                            Civil No. 1:14-CV-1001

SHERIFF DAVID NORWOOD, *et al.*                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 2, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 35. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 24) be granted and that this case be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to for Summary Judgment (ECF No. 24) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge